UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRUCE CURRY and KARA CURRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:17-cv-0635 |
| | ) |
| NATIONSTAR MORTGAGE, LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintifs, BRUCE CURRY and KARA CURRY, ("Plaintiffs"), through their attorney, Agruss Law Firm, LLC, inform this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

DATED: June 13, 2017          RESPECTFULLY SUBMITTED,

By: /s/ James J. Parr
James J. Parr
Agruss Law Firm, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
James@agrusslawfirm.com
Attorney for Plaintiff
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

On June 13, 2017, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Justin Sizemore, at jsizemore@reedsmith.com.

By: /s/ James J. Parr
James J. Parr